United States District Court

Eastern District of California

Randall Lee Reed,

    Petitioner,                      No. Civ. S 05-1073 LKK PAN P

  vs.                                    Order

K. Mendoza Powers,

    Respondent.

-oOo-

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  He challenges the conditions of his confinement, viz., a classification decision at California State Prison--Folsom resulting in his transfer to Avenal State Prison.  Petitioner claims the transfer created a hardship for his family.  Petitioner must pursue his claims by way of a civil rights action.

    Accordingly, the court hereby orders that:

    1.  The May 31, 2005, petition for habeas corpus is

1 dismissed without prejudice and with leave to amend the pleading
2 to pursue a civil rights action.
3     2.  The clerk of the court shall send petitioner a form for
4 a civil rights complaint and an application to proceed in forma
5 pauperis by a prisoner.  (The in forma pauperis process must
6 begin anew as petitioner will be responsible for the $250.00
7 filing fee for a civil rights action.  <u>See</u> 28 U.S.C. section
8 1915.)
9     3.  Petitioner shall, within 30 days of service of this
10 order, submit a civil rights complaint and an application to
11 proceed in forma pauperis.  Petitioner is forewarned, however,
12 that he has  no constitutional right to be assigned to the prison
13 of his choice.  <u>Meachum v. Fano</u>, 427 U.S. 215, 225 (1976); <u>see</u>
14 <u>also</u> <u>Sandin v. Conner</u>, 515 U.S. 472, 483-84 (1995) (an inmate is
15 deprived of a liberty interest entitled to constitutional
16 safeguards only when he suffers restraint imposing an "atypical
17 and significant hardship" in relation to the "ordinary incidents
18 of prison life").  If petitioner fails to file a civil rights
19 complaint and application to proceed in forma pauperis this
20 action will be dismissed.
21     Dated:  June 16, 2005.

      /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge