United States District Court

Eastern District of California

Randall Lee Reed,

    Petitioner,      No. Civ. S 05-1073 LKK PAN P

  vs.      Findings and Recommendations

K. Mendoza Powers, et al.,

    Respondents.

-oOo-

    Petitioner, a state prisoner, filed a petition for writ of habeas corpus.

    June 16, 2005, the court dismissed the petition and directed petitioner to file a civil rights complaint because he challenges the conditions of his confinement, viz., a classification decision at California State Prison--Folsom resulting in his transfer to Avenal State Prison.

    The court advised petitioner the action would be dismissed if he did not file a civil rights complaint within 30 days.  He

1 did not. Accordingly, the court hereby recommends this action be
2 dismissed without prejudice.
3     Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
4 findings and recommendations are submitted to the United States
5 District Judge assigned to this case. Written objections may be
6 filed within 20 days of service of these findings and
7 recommendations. The document should be captioned "Objections to
8 Magistrate Judge's Findings and Recommendations." The district
9 judge may accept, reject, or modify these findings and
10 recommendations in whole or in part.
11     Dated: August 25, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge